FILED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL LEDESMA-CABALLERO ,<br><br>Defendant. | Criminal Case No. 08CR576-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuna (Felony) |

The United States Attorney charges:

On or about January 31, 2008, within the Southern District of California, defendant MANUEL LEDESMA-CABALLERO , did knowingly and intentionally import 50 kilograms or more, to wit: approximately 52.16 kilograms (114.75 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 28, 2008 .

KAREN P. HEWITT
United States Attorney

[signature]

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh: Imperial
2/28/08