FILED

APR 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MANUEL LEDESMA-CABALLERO, Defendant. | Criminal Case No. 08CR0576H<br>I N F O R M A T I O N (Superseding)<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuna (Felony) |

The United States Attorney charges:

On or about January 31, 2008, within the Southern District of California, defendant MANUEL LEDESMA-CABALLERO, did knowingly and intentionally import approximately 46.94 kilograms (103.28 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/2/08.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh(km):Imperial
3/27/08