AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

LEDESMA - CABALLERO

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR0576H

I, Manuel Ledesma-Caballero, the above named defendant, who is accused of

21 USC 952/960

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/3/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judge

FILED
APR 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd